## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVEN RAY WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-22-274-F |
| | ) | |
| ROWDY SWEET, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On April 25, 2022, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation, finding that proper venue for plaintiff's 42 U.S.C. § 1983 action does not lie in this district and recommending that the court transfer the action, pursuant to 28 U.S.C. § 1406(a), to the Eastern District of Arkansas, where the action could have been brought.  Magistrate Judge Green advised plaintiff of the right to file an objection to the Report and Recommendation by May 16, 2022 and specifically advised that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection has been filed, and no request for an extension of time to file an objection has been sought.  With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 6) issued by United States Magistrate Judge Amanda Maxfield Green on April 25, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The above-entitled action is **TRANSFERRED** to the Eastern District of Arkansas pursuant to 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 31st day of May, 2022.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


22-0274p001.docx